LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
ISABELLA R. GOLDSMITH
Nevada Bar No. 16870
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
igoldsmith@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Q. Lamboo, R. Lafua, and M. Scott*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN MILES,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER Q. LAMBOO, P#16461; OFFICER R. LAFUA, P#16755; OFFICER M. SCOTT, P#161139; PROBATION OFFICER S. CABRERA, P#66449 (Nevada Division of Parole and Probation), in his individual capacity; PROBATION SERGEANT C. CALLOWAY (Nevada Division of Parole and Probation), in his individual capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA; CITY OF LAS VEGAS, NEVADA; SHERIFF FINAL POLICYMAKER JOHN/JANE DOE; DOES 1-50 inclusive, ,<br><br>Defendants. | Case No.:   2:26-cv-00607-CDS-NJK<br><br><br>**MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>*First Request* |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 1 of 4

Defendants Las Vegas Metropolitan Police Department, Q. Lamboo, R. Lafua, and M. Scott ("LVMPD Defendants") move to extend the deadline for LVMPD Defendants to respond to Plaintiff's Complaint by fourteen days.  The current deadline for LVMPD Defendants to respond to the Complaint is May 12, 2026.  The extended deadline will be May 26, 2026.

The undersigned counsel previously contacted Plaintiff Christian Miles by e-mail regarding this extension request, and Mr. Miles did not respond. **Ex. A**, Email.[1]  Because today is the deadline for LVMPD Defendants to respond to the Complaint, the undersigned is now filing this Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The email contained in Exhibit A incorrectly requested an extension to file a response on March 26, 2026. This was a clerical error and was intended to request an extension to file a response on May 26, 2026.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 2 of 4

This is the first request for an extension of time regarding this deadline. The minimal extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports an extension because LVMPD Defendants require additional time to review all allegations in the Complaint, which spans 18 pages and over 148 enumerated paragraphs, as well as review relevant records of the referenced conduct in order to make an informed response to the Complaint. This extension is sought in good faith and not for purposes of delay, and no other deadlines or rights are affected.

DATED 12th day of May, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
ISABELLA R. GOLDSMITH (Nevada Bar No. 16870)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Q. Lamboo, R. Lafua, and M. Scott*

IT IS SO ORDERED.
Dated:  May 13, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 3 of 4