LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
ISABELLA R. GOLDSMITH
Nevada Bar No. 16870
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
igoldsmith@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Q. Lamboo, R. Lafua, and M. Scott*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN MILES,<br><br>                  Plaintiff<br><br>v.<br><br>OFFICER Q. LAMBOO, P#16461; OFFICER R. LAFUA, P#16755; OFFICER M. SCOTT, P#161139; PROBATION OFFICER S. CABRERA, P#66449 (Nevada Division of Parole and Probation), in his individual capacity; PROBATION SERGEANT C. CALLOWAY (Nevada Division of Parole and Probation), in his individual capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA; CITY OF LAS VEGAS, NEVADA; SHERIFF FINAL POLICYMAKER JOHN/JANE DOE; DOES 1-50 inclusive, ,<br><br>                  Defendants | Case No.:   2:26-cv-00607-CDS-NJK<br><br>**Order Approving STIPULATION TO EXTEND TIME FOR LVMPD DEFENDANTS TO REPLY IN SUPPORT OF THE MOTION TO DISMISS (ECF No. 7)**<br><br>***First Request***<br><br>[ECF No.  16] |

Defendants Las Vegas Metropolitan Police Department, Q. Lamboo, R. Lafua, and M. Scott ("LVMPD Defendants") alongside Plaintiff Christian Miles, stipulate and agree to extend the deadline for LVMPD Defendants to reply in support of the Motion to Dismiss (ECF No. 7) by fourteen days.  The current deadline for LVMPD Defendants to reply is June 10, 2026.  The extended deadline will be June 24, 2026.

This is the first stipulation for an extension of time regarding this deadline.  The minimal extension arises in accord with District of Nevada Local Rule IA 6-1.  Good cause supports an extension because LVMPD Defendants require additional time to review Plaintiff's Opposition (ECF No. 15), as well as review relevant records of the referenced conduct to make an informed reply in support of the Motion to Dismiss.  This stipulation is sought in good faith and not for purposes of delay, and no other deadlines or rights are affected.

Dated this 9th day of June, 2026.

| /s/ Christian Miles | /s/ Lyssa S. Anderson |
|---|---|
| CHRISTIAN MILES | LYSSA S. ANDERSON |
| *Pro se* | Nevada Bar No. 5781 |
| 3813 Cranbrook Hill St., | KRISTOPHER J. KALKOWSKI |
| Las Vegas, NV 89129 | Nevada Bar No. 14892 |
| | ISABELLA R. GOLDSMITH |
| | Nevada Bar No. 16870 |
| | 1980 Festival Plaza Drive, #650 |
| | Las Vegas, Nevada 89135 |
| | ***Attorneys for Defendants Las Vegas*** |
| | ***Metropolitan Police Department*** |
| | ***Q. Lamboo, R. Lafua, and M. Scott*** |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 10, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 2 of 2