**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christian Miles, | Case No. 2:26-cv-00607-CDS-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| | [Docket Nos. 13, 14 ] |
| Officer Q. Lamboo, et al. | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions to extend the time for service and to be permitted to file corrected proofs of service.  Docket Nos. 13, 14.[1]  No response was filed.

Extension of the service deadline is provided upon a showing of good cause, though it may also be provided even without good cause.  *See* Fed. R. Civ. P. 4(m).  Plaintiff explains that he is working with a legal process company to complete service, but that service has been unable to be completed on a subset of defendants.  *See, e.g.*, Docket No. 13 at 2-3.  Given the circumstances, the Court **GRANTS** the motion to extend.  The Court **EXTENDS** the service deadline to August 3, 2026.

As to the motion to file corrected proofs of service, that request appears to be predicated on a worry that the previous papers might later be challenged.  *See* Docket No. 14 at 3.  It is not clear that such relief is necessary at this time, so the Court **DENIES** without prejudice the motion to file corrected proofs of service.

IT IS SO ORDERED.

Dated: June 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1