# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christian Miles,

      Plaintiff(s),

v.

Officer Q. Lamboo, et al.

      Defendant(s).

Case No. 2:26-cv-00607-CDS-NJK

**ORDER**

[Docket No. 22 ]

Pending before the Court is Defendants' proposed discovery plan. Docket No. 22. That discovery plan indicates that the parties have engaged in a Rule 26(f) conference but that, despite several efforts by defense counsel, Plaintiff has not approved the discovery plan. *See id.* at 2 n.1. The local rules require the filing of <u>joint</u> discovery plan, Local Rule 26-1(a), which creates a corresponding responsibility for all parties to participate in its formulation and filing, *see, e.g.*, Fed. R. Civ. P. 26(f)(2). The pending discovery plan is **DENIED** without prejudice. Plaintiff must promptly contact defense counsel regarding the discovery plan. The parties must file a <u>joint</u> discovery plan by July 15, 2026.

IT IS SO ORDERED.

Dated: July 8, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1