UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Christian Miles,

Plaintiff

v.

Q. Lamboo, et al.,

Defendants

Case No. 2:26-cv-00607-CDS-NJK

**Order Dismissing Defendants**

This action was filed on March 5, 2026. ECF No. 1. On June 6, 2026, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m), advising that unless proof of service on S. Cabrera, C. Calloway, the City of Las Vegas, and Clark County was filed by July 4, 2026, the court would dismiss the action as to those defendants. ECF No. 10. In response, Miles moved for an extension of time to effect service. ECF No. 13. The court granted the motion and extended the service deadline to August 3, 2026. ECF No. 21. Cabrera and Calloway subsequently appeared by filing a motion to dismiss. ECF No. 26. However, the docket reflects that no proof of service has been filed as to the City of Las Vegas and Clark County, and the plaintiff has not requested any additional extension of time to serve those defendants.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to the City of Las Vegas and Clark County, Nevada.

Dated: August 7, 2026

Cristina D. Silva
United States District Judge